|  |  |
|---|---|
| MONTVALE SURGICAL CENTER, a/s/o KEYLA GARGIA,<br><br>      Plaintiff,<br><br>      v.<br><br>HORIZON BLUE CROSS BLUE SHIELD OF NJ,<br><br>      Defendant. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No. 12-2540 (JLL)<br><br>AMENDED SCHEDULING ORDER AND ORDER ON ORAL MOTION |

**THIS MATTER** having come before the Court for a telephone status conference on March 18, 2013; and all parties having consented to the adjusted deadlines set forth herein; and for good cause shown:

**IT IS on this 18th day of March 2013,**

**ORDERED THAT:**

1. All affirmative expert reports shall be delivered by **June 17, 2013**. Any such report is to be in the form and content as required by Fed. R. Civ. P. 26(a) (2) (B).

2. All responding expert reports shall be delivered by **July 17, 2013**. Any such report shall be in the form and content as described above.

3. No expert shall testify at trial as to any opinions or base those opinions on facts not substantially disclosed in his report.

4. Expert discovery shall be completed on or before **September 3, 2013.**

5. There will be a telephone status conference on **June 20, 2013, at 11:30 a.m.** Plaintiff will kindly initiate the conference.

                                                *s/ Michael A. Hammer*
                                                **Hon. Michael A. Hammer**
                                                **United States Magistrate Judge**