|  |  |  |
|---|---|---|
| **MONTVALE SURGICAL CENTER,** a/s/o **KEYLA GARGIA,** | : : : : | **UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY** |
| **Plaintiff,** | : : | |
| v. | : : | Civil Action No. 12-2540 (JLL) |
| **HORIZON BLUE CROSS BLUE SHIELD OF NJ,** | : : : | **AMENDED SCHEDULING ORDER AND ORDER ON ORAL MOTION** |
| **Defendant.** | : : | |

**THIS MATTER** having come before the Court for a telephone status conference on June 26, 2013; and all parties having consented to the deadlines set forth herein; and for good cause shown:

**IT IS** on this 26th day of June 2013,

**ORDERED THAT:**

1. By agreement of the parties, no party will seek to introduce expert testimony in this matter.

2. Any motion for summary judgment shall be filed by **September 13, 2013.** Any opposition shall be filed by **September 23, 2013.** Any reply shall be filed by **September 30, 2013**. The motion(s) shall be returnable on **October 7, 2013** before United States District Judge Jose Linares. His Honor's chambers will advise the parties if oral argument is required.

3. All summary judgment motion papers must comply with Local Civil Rules 7.1, 7.2, and 56.1.

*s/ Michael A. Hammer*
**Hon. Michael A. Hammer**
**United States Magistrate Judge**